In the Matter of JUDITH A. MUSSO, Also Known as JUDITH NELSON, Respondent, v. GARY McALPINE et al., Appellants.— Judgment

902

Present — Marsh, J. P., Witmer, Moule, Cardamone and Henry, JJ.